**Dennis "Hoodley" DANIEL, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 22, 1957.

Rehearing Denied April 11, 1958.

Ed H. King, Paintsville, for appellant.

Jo M. Ferguson, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Appellant, Dennis "Hoodley" Daniel, was convicted of selling intoxicating beverages in dry local option territory and was fined $50 and sentenced to 60 days in jail.

He contends that the court erred in failing to set aside the swearing of the jury and

continue the case upon the ground that he was surprised when a principal witness for the prosecution changed his testimony from that which he had given at a previous trial. Under the circumstances of this case, we find that the court properly refused such action.

The motion for appeal is overruled and the judgment is affirmed.